

# NUMBER 13-24-00212-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

MOSTAGHASI ENTERPRISES,
INC. AND RAUL SALAS D/B/A
R & T FRAMING,                                                    Appellants,

v.

CHRIS GARZA,                                                       Appellee.

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Silva**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on Mostaghasi Enterprises, Inc.'s unopposed motion to dismiss appeal. This appellant has settled the disputes between them and appellee and now request dismissal of this appeal.

The Court, having considered the unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). The motion to dismiss is granted and the appeal brought by Mostaghasi Enterprises, Inc. is hereby dismissed.

This matter is also before the Court on Raul Salas' failure to pay the $205.00 filing fee. On May 9, 2024, the Clerk of the Court notified this appellant that he was delinquent in remitting the filing fee. This appellant was also advised that the appeal would be dismissed if the filing fee was not paid within ten days. *See id.* R. 42.3(b), (c). This appellant has failed to pay the $205.00 filing fee.

Appellant, Raul Salas, has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, his appeal is dismissed for want of prosecution. *See id*. R. 42.3(b), (c).

Finally, in accordance with the agreement referenced in the unopposed motion, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

CLARISSA SILVA
Justice

Delivered and filed on the
6th day of June, 2024.

2